1  MICHAEL A. JACOBS (CA SBN 111664)
   ERIC S. WALTERS (CA SBN 151933)
2  MORRISON & FOERSTER LLP
   755 Page Mill Rd.
3  Palo Alto, CA  94304
   Telephone:  (650) 813-5600
4  Facsimile:  (650) 494-0792
   Email:  mjacobs@mofo.com; ewalters@mofo.com
5
   ALAN COPE JOHNSTON (CA SBN 66334)
6  G. BRIAN BUSEY (*pro hac vice*)
   JOHN L. KOLAKOWSKI (CA SBN 200345)
7  MORRISON & FOERSTER LLP
   2000 Pennsylvania Ave., NW  Suite 5500
8  Washington, DC 20006
   Telephone: (202) 887-1500
9  Facsimile: (202) 887-0763
   Email:  acjohnston@mofo.com; gbusey@mofo.com
10
   Attorneys for Plaintiff
11 TOSHIBA CORPORATION

13                    UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>DAEWOO ELECTRONICS AMERICA, INC., ET AL.<br><br>            Defendants. | Case No.   C 07-1949 CRB<br><br>**STIPULATION FOR EXTENSION OF DEFENDANT DAEWOO ELECTRONICS AMERICA, INC.'S TIME TO RESPOND TO COMPLAINT** |

   Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Toshiba Corporation ("Plaintiff") and Defendant Daewoo Electronics America, Inc. ("Daewoo") through their respective counsel that Daewoo shall have an extension of 30 days, up to and including Monday, June 11, 2007, to answer or otherwise respond to the Complaint.

1       The extension of time will not alter the date of any hearing or conference set by the Court.

2 Dated: May 3, 2007        MICHAEL A. JACOBS
                                      ERIC S. WALTERS

3

4                                       ALAN COPE JOHNSTON
                                      G. BRIAN BUSEY
                                      JOHN L. KOLAKOWSKI

5

6                                       MORRISON & FOERSTER LLP

7

8                                By:   /s/ Eric S. Walters
                                          Eric S. Walters
                                          Attorneys for Plaintiff

9                                           TOSHIBA CORPORATION

10 Dated: May 3, 2007        JEFFERY K. SHERWOOD
                                        JIN-SUK PARK

11

12                                     AKIN GUMP STRAUSS HAUER &
                                    FELD LLP

13

14                                By:   /s/ Jin-Suk Park
                                          Jin-Suk Park

15                                         Attorneys for Defendant
                                    DAEWOO ELECTRONICS

16                                     AMERICA, INC.

17

18       I, ERIC S. WALTERS, am the ECF User whose ID and password are being used to file

19 this STIPULATION FOR EXTENSION OF DEFENDANT DAEWOO ELECTRONICS

20 AMERICA, INC.'S TIME TO RESPOND TO COMPLAINT. In compliance with General

21 Order 45, X.B., I hereby attest that JIN-SUK PARK has concurred in this filing.

22 Dated: May 3, 2007        ERIC S. WALTERS

23                                         MORRISON & FOERSTER LLP

24

25                                By:   /s/ Eric S. Walters
                                          Eric S. Walters

26                                           Attorneys for Plaintiff
                                          TOSHIBA CORPORATION

27

28                     May 8, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Stipulation for Extension of Defendant Daewoo Electronics America, Inc.'s Time to Respond to Complaint
Case No. C07-1949 CRB
pa-1153214

2