1 | MICHAEL A. JACOBS (CA SBN 111664)
ERIC S. WALTERS (CA SBN 151933)
2 | MORRISON & FOERSTER LLP
755 Page Mill Rd.
3 | Palo Alto, CA  94304
Telephone:  (650) 813-5600
4 | Facsimile:  (650) 494-0792
Email:  mjacobs@mofo.com; ewalters@mofo.com

ALAN COPE JOHNSTON (CA SBN 66334)
G. BRIAN BUSEY (*pro hac vice*)
JOHN L. KOLAKOWSKI (CA SBN 200345)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW  Suite 5500
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
Email:  acjohnston@mofo.com; gbusey@mofo.com

Attorneys for Plaintiff
TOSHIBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>DAEWOO ELECTRONICS AMERICA, INC., ET AL.<br><br>           Defendants. | Case No.   C 07-1949 CRB<br><br>**STIPULATION FOR EXTENSION OF DEFENDANT JWIN ELECTRONICS CORPORATION'S TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Toshiba Corporation ("Plaintiff") and Defendant jWIN Electronics Corporation ("jWIN") through their respective counsel that jWIN shall have until Monday, June 11, 2007, to answer or otherwise respond to the Complaint.

The extension of time will not alter the date of any hearing or conference set by the Court.

Stipulation for Extension of Defendant jWIN Electronics Corporation's Time to Respond to Complaint
Case No. C07-1949 CRB
pa-1153224

| | | |
|---|---|---|
| 1 | Dated: May 8, 2007 | MICHAEL A. JACOBS<br>ERIC S. WALTERS |
| 2 | | |
| 3 | | ALAN COPE JOHNSTON<br>G. BRIAN BUSEY<br>JOHN L. KOLAKOWSKI |
| 4 | | |
| 5 | | MORRISON & FOERSTER LLP |
| 6 | | |
| 7 | | By:   /s/ Eric S. Walters<br>        Eric S. Walters<br>        Attorneys for Plaintiff |
| 8 | | TOSHIBA CORPORATION |
| 9 | Dated: May 8, 2007 | WILLEM F. JONCKHEER |
| 10 | | SCHUBERT & REED LLP. |

By:   /s/ Willem F. Jonckheer
        Willem F. Jonckheer
        Local Counsel for Defendant
        JWIN ELECTRONICS
        CORPORATION

GLENN OSTRAGER
OSTRAGER CHONG FLAHERTY
& BROITMAN P.C. LLP
250 Park Avenue, Suite 825
New York, NY 10177
Telephone: (212) 681-0600

May 9, 2007                           Counsel for Defendant JWIN ELECTRONICS
                                      CORPORATION

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

   I, ERIC S. WALTERS, am the ECF User whose ID and password are being used to file this STIPULATION FOR EXTENSION OF DEFENDANT DAEWOO ELECTRONICS AMERICA, INC.'S TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that WILLEM F. JOCKHEER has concurred in this filing.

Stipulation for Extension of Defendant jWIN Electronics Corporation's Time to Respond to Complaint
Case No. C07-1949 CRB
pa-1153224

2

1  Dated: May 8, 2007

MICHAEL A. JACOBS
ERIC S. WALTERS

ALAN COPE JOHNSTON
JOHN L. KOLAKOWSKI

MORRISON & FOERSTER LLP


By:   /s/ Eric S. Walters
     Eric S. Walters
     Attorneys for Plaintiff
     TOSHIBA CORPORATION

Stipulation for Extension of Defendant jWIN Electronics Corporation's Time to Respond to Complaint
Case No. C07-1949 CRB
pa-1153224

3