1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

TOSHIBA CORPORATION,                         No. C 07-01949 CRB

12

        Plaintiff,                         **ORDER GRANTING MOTION TO STAY**

13

  v.

14

DAEWOO ELECTRONICS AMERICA INC., et al.,

15

        Defendants.

16

_____/

17

      Now pending before the Court is the unopposed motion of defendant Memcorp, Inc.

18

to stay this action pending the completion of an investigation by the United States

19

International Trade Commission ("ITC") into the sale of DVD related products which

20

allegedly infringe plaintiff Toshiba's patents.  As the motion is unopposed, and as a stay is

21

warranted under 28 U.S.C. § 1659, the motion to stay is GRANTED.  Plaintiff shall notify

22

the Court in writing when the ITC proceeding is completed.

23

      **IT IS SO ORDERED.**

24

25

Dated: June 8, 2007                         _____

26

                               CHARLES  R. BREYER
                               UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California